**Electronically Filed**
**Supreme Court**
**SCWC-15-0000059**
**11-MAY-2016**
**10:47 AM**

SCWC-15-0000059

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

In the Interest of
K. P.
Born November 18, 2004

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000059; FC-S NO. 14-00818)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Mother-Appellant's and Petitioner/Father-Appellant's joint application for writ of certiorari, filed on March 30, 2016, is hereby rejected.

DATED:  Honolulu, Hawai'i, May 11, 2016.

Kai Lawrence
for petitioner/
mother-appellant

Warren Perry
for petitioner/
father-appellant

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

